Form ntcdsm

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

Case No.: 24–11233
Chapter: 13
Judge: Jacqueline P. Cox

In Re:
　Dominic Freeman
　8543 S Stoney Island
　Chicago, IL 60617

Social Security / Individual Taxpayer ID No.:
　xxx–xx–9031

Employer Tax ID / Other nos.:

---

## NOTICE OF DISMISSAL

You are hereby notified that this case was dismissed on April 14, 2025

　　　　　　　　　　　　　　　　　　　　　FOR THE COURT

Dated: April 15, 2025　　　　　　　　　　　Jeffrey P. Allsteadt , Clerk
　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Court