# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0752−1 | User: admin | Date Created: 4/15/2025 |
| Case: 24−11233 | Form ID: ntcdsm | Total: 50 |

**Recipients of Notice of Electronic Filing:**
tr         Thomas H. Hooper       thomas.h.hooper@chicagoch13.com
aty       William E. Jamison, Jr.       wjami39246@aol.com

                                                                                                                                          TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| ID | Name | Address |
|---|---|---|
| db | Dominic Freeman | 8543 S Stoney Island    Chicago, IL 60617 |
| 30964910 | AT&T Direct TV | 260 Airport Plaza    Farmingdale, NY 11735 |
| 30972614 | Ally Bank | AIS Portfolio Services, LLC    4515 N Santa Fe Ave. Dept. APS    Oklahoma City, OK 73118 |
| 31035047 | Ally Bank c/o AIS Portfolio Services, LLC | 4515 N. Santa Fe Ave. Dept. APS    Oklahoma City, OK 73118 |
| 30964907 | Ally Financial | P.O. Box 38091    Minneapolis, MN 55438 |
| 30964908 | American Express | P.O. Box 650448    Dallas, TX 75265 |
| 31021538 | American Express National Bank | c/o Becket and Lee LLP    PO Box 3001    Malvern PA 19355−0701 |
| 30964909 | Angel Cleaning LLC | 8527 S. Stony Island    Chicago, IL 60619 |
| 30999026 | Angel Cleaning LLC | 8527 S. Stony Island    Chicago, IL 60619 |
| 31072051 | Bank of America, N.A. | PO Box 673033    Dallas, TX 75267−3033 |
| 30964911 | Bank of America, NA | P.O. Box 45224    Jacksonville, FL 32232 |
| 30964912 | Barclay | PO BOX 8801    Wilmington, DE 19899 |
| 30998967 | Barclay | c/o Portfolio Recovery    PO BOX 8801    P.O. Box 1067    Norfolk, VA 23541 |
| 30964913 | CB Chicago Partners LTD c/o Meghan | 105 West Madison Street    Suite 1500    Chicago, IL 60602 |
| 31079253 | CB Chicago Partners, Ltd. | c/o Justin Storer, FactorLaw    105 W. Madison Street, Suite 2300    Chicago, IL 60602 |
| 30964914 | Chase Bank , N.A. | P.O. Box 15369    Wilmington, DE 19850 |
| 30964915 | Citi Bank | P.O. Box 6217    Sioux Falls, SD 57117 |
| 30964916 | Comfort Care LLC | 8527 S. Stony Island    Chicago, IL 60619 |
| 30999027 | Comfort Care LLC | 8527 S. Stony Island    Chicago, IL 60619 |
| 30964917 | Cook County Clerk | 118 N. Clark Room 434    Chicago, IL 60602 |
| 30964918 | Cook County Treasurer's Office | 118 N Clark    Suite 112    Chicago, IL 60602 |
| 31011360 | Discover Bank | P.O. Box 3025    New Albany, OH 43054−3025 |
| 30964919 | Discover Card | PO BOX 8003    Hilliard, OH 43026 |
| 30964920 | Dish Network | 9601 S. Meridian Blvd    Englewood, CO 80112 |
| 30964921 | ICS | P.O. Box 1010    Tinley Park, IL 60477 |
| 30993647 | JPMorgan Chase Bank, N.A. | s/b/m/t Chase Bank USA, N.A.    JPMC c/o National Bankruptcy Services, L    P.O. Box 9013    Addison, Texas 75001 |
| 30993645 | JPMorgan Chase Bank, N.A. | s/b/m/t Chase Bank USA, N.A.    c/o National Bankruptcy Services, LLC    P.O. Box 9013    Addison, Texas 75001 |
| 31065985 | Jeffrey L Cook | P.O. Box 5585    Huntsville, AL 35814 |
| 30964922 | LIfe Changes LLC | 8527 S. Stony Island    Chicago, IL 60619 |
| 30999028 | LIfe Changes LLC | 8527 S. Stony Island    Chicago, IL 60619 |
| 30973354 | LVNV Funding, LLC | Resurgent Capital Services    PO Box 10587    Greenville, SC 29603−0587 |
| 30964923 | Marquette Condo Association | 2035 W. Gilding St    Chicago, IL 60625 |
| 30986790 | PORTFOLIO RECOVERY ASSOCIATES, LLC | POB 41067    Norfolk, VA 23541 |
| 30964924 | Pay Pal | P.O. Box 71727    Philadelphia, PA 19176 |
| 30998968 | Portfolio Recovery | Synchrony Bank    120 Cprporate Blvd. Ste 100    Norfolk, VA 23502 |
| 30991725 | Portfolio Recovery Associates, LLC | c/o Carnival    POB 41067    Norfolk VA 23541 |
| 30964925 | RBM Corp | 8527 Stony Island    Chicago, IL 60619 |
| 30999029 | RBM Corp | 8527 Stony Island    Chicago, IL 60619 |
| 30964926 | Redstone FCU | 220 Wynn Dr.    Huntsville, AL 35814 |
| 31065986 | Redstone Federal Credit Union | 220 Wynn Dr.    Huntsville, AL 35893 |
| 30964928 | SBA | 4093rd Street SW    Washington, DC 20416 |
| 30964927 | Sany Wilbourn | 9427 S Calumet    Chicago, IL 60619 |
| 30999030 | Sany Wilbourn | 9427 S Calumet    Chicago, IL 60619 |
| 31075908 | Synchrony Bank | by AIS InfoSource LP as agent    4515 N Santa Fe Ave    Oklahoma City, OK 73118 |
| 30964929 | TCF Bank | 555 Clevewland Avenue    Columbus, OH 43231 |
| 31037801 | Wells Fargo Bank, N.A., Wells Fargo Card Services | PO Box 10438, MAC F8235−02F    Des Moines, IA 50306−0438 |
| 30964930 | Wells Fargo Card Service | Attn. Bankruptcy    P.O. Box 104303068    Des Moines, IA 50306 |
| 30964931 | ZION | P.O. Box 878 Spanish Fork    Spanish Fork, UT 84660 |

                                                            TOTAL: 48